## STEPHEN MACK *versus* ADELAIDE BRUSH, EXECUTRIX, ETC., OF ELIJAH BRUSH, DECEASED, EDMUND BRUSH, CHARLES BRUSH, ALFRED BRUSH AND CEMANTHE BRUSH, HEIRS OF ELIJAH BRUSH, DECEASED
## (BANK OF MICHIGAN *versus* ADELAIDE BRUSH ET AL.)

JOURNAL ENTRIES (1818–33): *Journal 2:* (1) Publication ordered, rule to answer \*p. 633; (2) continued \*p. 701. *Journal 3:* (3) Continued \*p. 293. *Chancery Journal:* (4) Continued \*p. 53. *Journal 3:* (5) Motion for decree pro confesso \*p. 509; (6) publication ordered \*p. 512. *Journal 4:*

(7) Bill to be taken as confessed nisi MS p. 71; (8) continued MS p. 114; (9) guardian ad litem appointed, publication ordered MS p. 119; (10) death suggested, motion for leave to file amended or supplemental bill MS p. 161; (11) decree that former decree operate as conveyance MS p. 541.

PAPERS IN FILE: (1) Answer and disclaimer of Thomas Emerson; (2) deposition of Thomas Emerson; (3) supplemental bill of complaint; (4) affidavit of residence, precipe for subpoena; (5–6) drafts of order for publication and appointing guardian ad litem; (7) certificate of clerk relative to publication of notice; (8) answer and disclaimer of heirs of Stephen Mack; (9) draft and outlines of decree; (10) decree; (11) transcript of calendar entries; (12) affidavit of non-compliance with decree; (13) draft of decree; (14) copy of deed—governor and judges to Bank of Michigan; (15) copy of deed—governor and judges to Bank of Michigan; (16) copy of deed—governor and judges to Andrew Dexter, Jr.; (17) copy of deed—Mack and Conant to Phineas Fisk; (18) copy of deed—John Anderson, Marshal, to Elijah Brush; (19) power of attorney—Phineas Fisk to Thomas Emerson; (20) agreement between Elijah Brush and Joseph Emerson and Thomas Emerson and assignment thereof to Bank of Michigan; (21) copy of opinion of Elijah Brush as attorney general.

*Chancery Case* 8 of 1820.